DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID WAYNE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-cr-5151 OWW |
| Plaintiff, | **MOTION TO FILE DOCUMENT UNDER SEAL AND ORDER THEREON** |
| v. | |
| DAVID WAYNE BROWN, | Judge: Honorable Oliver W. Wanger |
| Defendant. | |

Defendant David Wayne Brown hereby requests that ***Defendant's Sentencing Memorandum*** be filed ***under seal*** until further order of the Court.

Dated: November 18, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DAVID WAYNE BROWN

**It is so ordered** that the sentencing memorandum be filed ***under seal***.

DATED: November 18, 2010            /s/ OLIVER W. WANGER
                                    HON. OLIVER W. WANGER
                                    United States District Judge